UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-371(DSD/JMM)

AT&T Corp.,

Plaintiff,

v.

Noble & Perrault Collectibles, Inc., a Florida corporation.

Defendant.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: March 2, 2000

David S. Doty, Judge
U.S. District Court

FILED 3-3-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____

2

FILE COPY

Date: March 9, 2000 jr

RECORD OF DOCKET TEXT

0:00-cv-00371 AT&T Corp v. Noble & Perrault

DOCKET ENTRY

Disqualification and ORDER For Reassignment (Judge David S. Doty / 3/3/00) Case reassigned to Judge David S. Doty per the Master List. Case number remains the same except for initials (00-371 RHK/JMM). 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL