UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

A T & T Corporation,

Plaintiff,

vs.

Noble & Perrault Collectibles, Inc.,
a Florida corporation,

Defendant.

Civil 00-371(RHK/JMM)

**DISQUALIFICATION AND**
**ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated January 5, 1993, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 15, 2000

RICHARD H. KYLE
United States District Judge

FILED JUN 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Case reassigned to Senior Judge Donald D. Alsop

and

Magistrate Judge Franklin L. Noel

NEW CASE NUMBER 00-371 DDA/FLN

Use this case number for all further filings.