# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

AT&T Corp.,

Plaintiff,

v.

Noble & Perrault Collectibles, Inc., a Florida corporation,

Defendant.

Civil 00-371 (DDA/FLN)

**DISQUALIFICATION ORDER**

---

The above entitled action has been assigned to the undersigned, a judge of the above court. Under 28 U.S.C. Section 455(d)(4) the undersigned has a "financial interest" in a party to the proceedings. Thus, the undersigned, does hereby disqualify himself from handling the same.

Upon the foregoing,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the master list of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: June 22, 2000.

DONALD D. ALSOP, Senior Judge
United States District Court

FILED JUN 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Please use

New Case number

00-371 PAM/JGL