UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

AT&T Corp.,

Plaintiff,

vs.

Noble & Perrault Collectibles, Inc., a Florida Corporation,

Defendant.

Civil Action
Court File No. 00-CV-371 ~~DSD/JMM~~ PAM/JGL

**ORDER GRANTING ATTORNEY FEES**

---

The above entitled matter came on for hearing before the undersigned, one of the Judges of the above named Court, pursuant to an ex parte application by the plaintiff's attorney by Affidavit for approval of attorney fees as prayed in plaintiff's Complaint. Based upon the Affidavit of plaintiff's attorney and all the files and records herein and the Court being duly advised in the premises.

**IT IS HEREBY ORDERED:**

That attorney fees in the amount of Nine Hundred Thirty-Seven and 50/100 Dollars $937.50) be and hereby are authorized to be a part of default judgment entered on behalf of plaintiff against defendant, Noble & Perrault Collectibles, Inc., a Florida Corporation.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Judge of District Court

Dated: Septbr 25, 2000

FILED SEP 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________