# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

AT&T Corp.

Plaintiff

v.

Noble & Perrault Collectibles, Inc.

Defendants

Case No. Civil 00-371 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that attorney fees in the amount of Nine Hundred Thirty-Seven and 50/100 dollars $937.50 be and hereby are authorized to be a part of default judgment entered on behalf of plaintiff against defendant, Noble & Perrault Collectibles, Inc.

DATE: September 25, 2000

FRANCIS E. DOSAL, CLERK

Victoria Morales

Victoria Moralez, Deputy Clerk